470 A.2d 1037

Westcott v. Moore, Appellants.

Petition for Allowance of Appeal
Denied May 31, 1984.

Submitted October 3, 1983. Edward Blumstein, for appellants; Joseph L. London, for appellee; Jill A. Douthett, Assistant City Solicitor, for participating party.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Appeals quashed.